Larry Zerner (SBN 155473)
LAW OFFICES OF LARRY ZERNER
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Larry@ZernerLaw.com

Maxwell Goss (PHV motion forthcoming)
MAXWELL GOSS LAW
32400 Telegraph Rd., Suite 103
Bingham Farms, Michigan 48025
(248) 266-5879
max@maxwellgoss.com

Attorneys for Plaintiff Kyle Christner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KYLE CHRISTNER, | ) Case NO. CV 23-9459-JFW (JCx) |
|---|---|
| Plaintiff, | ) HON. JOHN. F. WALTER |
| vs. | ) **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| MIKE SHINODA, ROB BOURDON, BRAD DELSON, JOSEPH HAHN, MACHINE SHOP ENTERTAINMENT LLC, WARNER RECORDS INC., and DOES 1-10, | |
| Defendants | |

**Page 1**
**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), the parties, through their undersigned attorneys, stipulate that the above-captioned action in its entirety is dismissed with prejudice, with each party to bear his or its costs and attorneys' fees.

Dated: March 29, 2024

Edwin F. McPherson
Pierre B. Pine
**McPHERSON LLP**

By: ___/s/ Edwin F. McPherson_____
    EDWIN F. McPHERSON
    Attorneys for Defendants
    MIKE SHINODA, ROB BOURDON, BRAD DELSON, JOSEPH HAHN MACHINE SHOP ENTERTAINMENT LLC, AND WARNER RECORDS, INC.

Dated: March 29, 2024

Larry Zerner
**LAW OFFICES OF LARRY ZERNER**

Maxwell Goss
**MAXWELL GOSS LAW**

By: ___/s/ Maxwell Goss_____
    MAXWELL GOSS
    Attorneys for Plaintiff
    KYLE CHRISTNER

Pursuant to Local Rule 5 4.3.4(a)(2)(i), counsel for Defendants, Edwin F. McPherson, certifies that all other counsel has consented to and authorized the filing of this document with their electronic signature.

Dated: March 29, 2024

Edwin F. McPherson
Pierre B. Pine
**McPHERSON LLP**

By: ___*/s/ Edwin F. McPherson*____
     EDWIN F. McPHERSON
     Attorneys for Defendants
     MIKE SHINODA, ROB BOURDON, BRAD DELSON, JOSEPH HAHN MACHINE SHOP ENTERTAINMENT LLC, AND WARNER RECORDS, INC.